IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00260-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    EDSON PFEIFFELMAN,

    Defendant.

## ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

The United States and Defendant Edson Pfeiffelman entered into a Plea Agreement and Statement of Facts Relevant to Sentencing which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. §2253;

THAT prior to the disposition of forfeited property, the United States Marshals Service, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties in accordance with Fed.R.Crim.P. 32.2(b)(3);

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant Edson Pfeiffelman's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. §2253 and Fed.R.Crim.P. 32.2:

    a. one laptop, serial number 1V13JC46832T and

    b. one Hewlett Packard Pavillion 725n tower, serial number MX313A4977

THAT the United States Marshals Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make your return as provided by law;

THAT the United States Marshals Service, or its designated sub-custodian, shall publish notice of this Order of Forfeiture and its intent to dispose of the subject property, and to make its return to this Court that such action has been completed;

THAT pursuant to Fed.R.Crim.P. 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT if no third party files a timely petition, this Order shall become the Final Order of Forfeiture as provided by Fed.R.Crim.P. 32.2(c)(2), and the United States shall have clear title to the property and may dispose of it in accordance with law.

SO ORDERED this 5th day of January, 2006.

BY THE COURT:

WALKER D. MILLER
United States District Court Judge